UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LINK MOTION INC.,

               Plaintiff,

    -against-

DLA PIPER LLP (US) AND CARYN G.
SCHECHTMAN,

               Defendants.

------------------------------------------------------------x

Case No. 1:22-cv-08313

**CERTIFICATE OF FILING AND SERVICE OF NOTICE OF REMOVAL**

      I, Nancy Hart, hereby certify that on October 3, 2022, Defendants DLA Piper LLP (US) ("DLA Piper") and Caryn G. Schechtman (collectively "Defendants"), filed with the Supreme Court of the State of New York, New York County, a Notice of Filing of Notice of Removal to Federal Court, attaching a copy of the file-stamped Notice of Removal of the above-captioned action to federal court (collectively, the "Notice of Filing").

      I further certify that on October 3, 2022, true and correct copies of the: 1) Notice of Removal (with Exhibit A), dated 9/29/22; 2) Civil Cover Sheet, dated 9/29/22; 3) Defendant DLA Piper's Rule 7.1 Corporate Disclosure Statement, dated 9/29/22; 4) Notice of Related Actions, dated 9/29/22; and 5) Electronic Case Filing Rules & Instructions, were caused to be served via Federal Express overnight delivery service upon:

Felicello Law P.C.
Michael James Maloney
366 Madison Avenue, 3rd Fl.
New York, NY 10017

*Counsel for Plaintiff Link Motion, Inc.*

Dated: October 3, 2022
      New York, New York

               */s/ Nancy Hart*

1