# FELICELLO

Michael James Maloney
Partner

Felicello Law P.C.
366 Madison Avenue
3rd Floor
New York, NY 10017

Tel. +1 (212) 584-7806
mmaloney@felicellolaw.com

**VIA ECF**                                                                                           January 12, 2023

Hon. Victor Marrero
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *Link Motion Inc. v. DLA Piper LLP (US), et al.*, Case No. 1:22-cv-8313-VM-VF (S.D.N.Y.)

Dear Judge Marrero:

      Given the Court's stated preference to decide the pending motion to dismiss on the basis of the parties' pre-motion letters, Plaintiff Link Motion, Inc. will not insist on the opportunity to fully brief the motion and relies on its pre-motion letters in opposition.

      Respectfully submitted,

*/s/ Michael James Maloney*

Michael James Maloney


cc:   All counsel of record (via ECF)

*Admitted to practice law in New York