**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Kevin S. Rosen
Direct: +1 213.229.7635
Fax: +1 213.229.6635
KRosen@gibsondunn.com

January 12, 2023

<u>VIA ECF</u>

The Honorable Victor Marrero
United States District Judge
Daniel Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *Link Motion Inc. v. DLA Piper LLP (US) et al.*, Case No. 1:22-cv-08313 (S.D.N.Y.)

Dear Judge Marrero:

      We write on behalf of Defendants DLA Piper LLP (US) and Caryn Schechtman in response to the Court's December 23, 2022 directive that the parties "notify the Court whether they consent to the Court deeming the [parties'] pre-motion letters as a fully briefed motion [to dismiss] and ruling on the basis of such letters," ECF No. 24, and to Plaintiff's January 12, 2023 response, ECF No. 28. As Defendants expressed to Plaintiff last week, Defendants agree with the Court that further briefing is unnecessary, and that the Court can and should rule on DLA's motion to dismiss on the basis of the parties' pre-motion letters. As such, Defendants also consent to the Court ruling on their proposed motion to dismiss based on the parties' pre-motion letters (ECF Nos. 7, 11, 14).

      We thank the Court for its attention to this matter.

Respectfully,

*/s/ Kevin S. Rosen*

Kevin S. Rosen

cc:    All Counsel of Record (*via ECF*)

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.