**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LINK MOTION INC.,

                Plaintiff,

  -against-                                      22 **CIVIL** 8313 (VM)

                                                                 **<u>JUDGMENT</u>**

DLA PIPER LLP (US) and CARYN G.
SCHECHTMAN,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated May 26, 2023, the motion (Dkt. No. 7) of defendant DLA Piper LLP (US) and Caryn Schechtman (together, "DLA") to dismiss the complaint of plaintiff Link Motion Inc. pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

        May 26, 2023

                                                                   **RUBY J. KRAJICK**

                                                                         _____
                                                                              **Clerk of Court**

                                             **BY:**      *K. Mango*

                                                                              _____
                                                                              **Deputy Clerk**