**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LINK MOTION INC.,

                    Plaintiff,

        - against -

DLA PIPER LLP (US) and CARYN G.
SCHECHTMAN,

                  Defendants.

**No. 1:22-cv-8313-VM-VF**

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiff Link Motion Inc. ("Plaintiff") hereby appeals to the United States Court of Appeals for the Second Circuit from: the Decision and Order of the Honorable Victor Marrero, entered on December 23, 2022 (ECF Dkt. No. 24), denying Plaintiff's motion to remand; the Decision and Order of the Honorable Victor Marrero, entered on May 26, 2023 (ECF Dkt. No. 30), which granted the motion by Defendants DLA Piper LLP (US) and Caryn G. Schechtman ("Defendants") to dismiss the Complaint with prejudice; the Judgment, entered on May 26, 2023 (Dkt. No. 31); and the Order of the Honorable Victor Marrero, entered on June 20, 2023 (ECF Dkt. No. 35), which denied Plaintiff's motion for reconsideration.

Dated: New York, New York
     June 23, 2023

          FELICELLO LAW P.C.

          By: _/s/ Michael James Maloney_
          Michael James Maloney
          366 Madison Avenue 3rd Fl
          New York, New York 10017
          Tel. (212) 584-7806
          mmaloney@felicellolaw.com

*Attorneys for Plaintiff Link Motion Inc.*