USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/21/24_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

LINK MOTION INC.,

                  Plaintiff,

        - against -

DLA PIPER LLP (US) and
CARYN G. SCHECHTMAN,

                  Defendants.

---

**22 Civ. 8313 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

After review of the letters submitted by the parties following the decision of the Second Circuit in this matter (<u>see</u> Dkt. Nos. 41-42), the Court declines to award costs or fees to Plaintiff substantially for reasons set forth in Defendants' letter (<u>see</u> Dkt. No. 42).

Regarding the remand, the parties are hereby **ORDERED** to advise the Court within seven (7) days via letter of their positions regarding whether the Court must await the formal mandate from the Second Circuit before remanding the matter to state court.

**SO ORDERED.**

Dated:    21 June 2024
         New York, New York

                              Victor Marrero
                              U.S.D.J.