```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LINK MOTION INC.,

                Plaintiff,

- against -

DLA PIPER LLP (US) and
CARYN G. SCHECHTMAN,

                Defendants.

**22 Civ. 8313 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    The Second Circuit has remanded this matter to this Court with instructions that the Court return the case to the New York State Supreme Court for New York County. (See Dkt. No. 46.) Accordingly, the Clerk of Court is hereby **ORDERED** to remand this case to the New York State Supreme Court for New York County.

**SO ORDERED.**

Dated:    8 July 2024
           New York, New York

                                                    Victor Marrero
                                                       U.S.D.J.